IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00051     DATE: October 21, 2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:04:31 - 2:11:30    CSO: N. Edrosa / J. Lizama

**************************APPEARANCES***************************

**DEFT: ANDREW L. LICHTENBERG**     **ATTY : KIM SAVO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND     AGENT: CHRIS HOFMAN, F.B.I.

U.S. PROBATION: JUDY OCAMPO     U.S. MARSHAL: J. CURRY

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____

**PROCEEDINGS: INITIAL APPEARANCE, IDENTITY HEARING AND PETITION FOR REMOVAL**

( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
( X ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( X ) WAIVED ( ) SET FOR:_____ at _____
( X ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____ .

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court executed the Order re Waiver of Identity. Warrant of Removal was executed and the defendant was remanded to the custody of the U.S. Marshal Service for removal to the District of Hawaii to be delivered to the U.S. Marshal of that District or some other officer authorized to receive him.

                                                                                                       Courtroom Deputy: