LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>    vs.   )<br>  )<br>ANDREW L. LICHTENBERG,   )<br>  )<br>            Defendant.  )<br>_____ ) | MAGISTRATE CASE NO. 05-00051<br><br>**WAIVER OF IDENTITY** |

The Defendant, after advice of counsel, waives an identity hearing and consents to an

//
//
//
//
//
//
//
//

issuance of an Order requiring his appearance in the District of Hawaii where there is a Warrant outstanding for his arrest.

DATED: 10/21/05

ANDREW L. LICHTENBERG
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: 
JEFFREY J. STRAND
Assistant U.S. Attorney

-2-