LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW L. LICHTENBERG, ) <br> ) <br> Defendant. ) <br> _____ ) | MAGISTRATE CASE NO. 05-00051 <br><br> **ORDER** <br> **re: Waiver of Identity** |

ANDREW L. LICHTENBERG, having been arrested in the District of Guam on a Warrant of Arrest issued pursuant to an Order, and having waived identity, ANDREW L. LICHTENBERG is committed to the U.S. Marshal's Office for the District of Guam for Removal to the District of Hawaii and there deliver him to the U.S. Marshal for the District of Hawaii or to some other officer authorized to receive him.

DATED: 10/21/05

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**