# ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

OCT 21 2005

MARY L.M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  JEFFREY J. STRAND
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortes Avenue
4  Hagatna, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for United States of America

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE DISTRICT OF GUAM**

**05-00051**

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. _____ |
| Plaintiff, | |
| vs. | **WARRANT OF REMOVAL** |
| ANDREW L. LICHTENBERG, | |
| Defendant. | |

15  TO:   U.S. MARSHAL
          District of Guam

A Magistrate's Complaint having been filed in the United States District Court, District of Hawaii, under Magistrate Case No. 05-594 BMK, charging the defendant, ANDREW L. LICHTENBERG, with Wire Fraud, in violation of Title 18, United States Code, Section 1343; and

Said ANDREW L. LICHTENBERG having been arrested in this District on a warrant for arrest issued pursuant to the above Order, was found to be the person named in the above referenced Order at a hearing held on October **21**, 2005, and was committed to the custody of the U.S. Marshal's Service in the District of Guam pending his removal to the District of Hawaii to answer the charges that are pending against him;

//

//

//

1  You are therefore commanded to remove WILLIAM L. LICHTENBERG, forthwith to the

2  District of Hawaii and there deliver him to the United States Marshal in that District or to some

3  other officer authorized to received him.

4       DATED this 21st day of October, 2005.

5

6

7                                    JOAQUIN V. E. MANIBUSAN, JR.
                                     Magistrate Judge
                                     District Court of Guam

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                           

26                           OCT 2 1 2005

27                    DISTRICT COURT OF GUAM
                           HAGATNA, GUAM
28

-2-